Argued April 10, 1974. *John R. Cook,* Trial Defender, with him *John J. Dean,* Chief, Appellate Division, and *George H. Ross,* Public Defender, for appellant; *Robert L. Eberhardt,* Assistant District Attorney, with him *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Plichta, Appellant.

Argued April 11, 1974. *Gilbert S. Solomon,* with him *Rosenberg, Kirshner & Solomon,* for appellant; *Robert L. Campbell,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Rosati, Appellant.

Argued April 10, 1974. *Marvin Schreiber,* for appellant; *Larry P. Gaitens,* with him *Lucchino, Gaitens & Hough,* for Commonwealth, appellee.

Judgment affirmed.

Commonwealth *v.* Scalio, Appellant.